No. D–1830. IN RE DISBÁRMENT OF HALLER. Disbarment entered. [For earlier order herein, see 521 U. S. 1135.]

No. D–1836. IN RE DISBARMENT OF ZOLOT. Disbarment entered. [For earlier order herein, see 521 U. S. 1136.]

No. D–1837. IN RE DISBARMENT OF QUINN. Disbarment entered. [For earlier order herein, see 521 U. S. 1136.]

No. D–1838. IN RE DISBARMENT OF CROWLEY. Disbarment entered. [For earlier order herein, see 521 U. S. 1136.]

No. D–1856. IN RE DISBARMENT OF PROCTOR. William H. Proctor, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1857. IN RE DISBARMENT OF CHRISTENSEN. Nelson Christensen, of Seattle, Wash., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1858. IN RE DISBARMENT OF AARON. Philip Irwin Aaron, of Syosset, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1859. IN RE DISBARMENT OF BEDELL. Timothy James Bedell, of Flushing, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–16. CONNER v. THALACKER, SUPERINTENDENT, NORTH CENTRAL CORRECTIONAL FACILITY, ET AL.;

No. M–17. AL-MATIN v. KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY; and

No. M–18. ROBERTSON v. FRASER, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.